IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CARLOS TERRY | : | NO. 92-119 |

## ORDER

And now, this 7th day of September 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the pro se motion of defendant Carlos Terry to reduce his sentence and grant compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. # 147) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____ J.