IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CARLOS TERRY | : | NO. 92-119-7 |

ORDER

AND NOW, this 22nd day of July 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the letter motion of Carlos Terry for early termination of his supervised release (Doc. #154) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.